IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK B. TRUJILLO, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. POSTAL SERVICE,<br>JOHN E. POTTER, Postmaster<br>General of United States;<br>JOHN FIALON, Supervisor,<br>U.S. Postal Service;<br>CLINTON POWELL, Postmaster,<br>Chico, California, Ret.,<br><br>    Defendants. | CIV S-04-0139 GEB KJM-PS<br><br>ORDER RE STIPULATION TO MODIFY OCTOBER 12, 2004 PRETRIAL SCHEDULING ORDER |

  Good cause having been shown, the Stipulation to Modify October 12, 2004 Pretrial Scheduling Order electronically filed herein on May 9, 2005, is hereby APPROVED, and the deadlines set forth in the October 12, 2004 pretrial scheduling order shall be modified (extended) as follows:

/////

/////

/////

/////

1

1         Plaintiff's designation of experts due:  June 15, 2005;

2         Plaintiff's experts' reports due:  July 15, 2005;

3         Defendant's designation of experts due:  July 15, 2005; and

4         Defendant's experts' reports due:  August 15, 2005.

5 Any dates not modified as set forth above remain in effect.

6     IT IS SO ORDERED.

7 DATED:  May 10, 2005.

                                    UNITED STATES MAGISTRATE JUDGE