IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK TRUJILLO,

    Plaintiff,                         No. CIV S-04-0139 GEB KJM PS

    vs.

UNITED STATES POSTAL SERVICE,

    Defendants.                      <u>ORDER</u>

/

        Defendant's motion to compel answers to interrogatories came on regularly for hearing July 27, 2005. Plaintiff appeared in propria persona. Bobbie Montoya appeared for defendant. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        The motion to compel is granted. Plaintiff shall provide verified responses to the interrogatories no later than ten days from the date of this order.

DATED: July 27, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

006 trujillo.oah

1