IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK TRUJILLO,

    Plaintiff,                        No. CIV S-04-0139 GEB KJM PS

    vs.

UNITED STATES POSTAL SERVICE,

    Defendants.                <u>ORDER</u>

_____/

        The parties have filed a stipulation to modify the scheduling order in this action. Dates previously were extended with respect to disclosure of expert witnesses. A motion to compel was heard in July 2005. The discovery cut-off is November 2, 2005. A settlement conference currently is set before Magistrate Judge Nowinski on November 28, 2005. The proffered reasons for extending the dates do not demonstrate good cause for modification of the scheduling order. The October 24, 2005 request to modify the scheduling order is denied.

DATED: October 25, 2005.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

006 trujillo.den

1