IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK TRUJILLO,

     Plaintiff,                           No. CIV S-04-0139 GEB KJM PS

    vs.

UNITED STATES POSTAL SERVICE,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff has filed an ex parte request to extend the discovery cut-off in this action; defendants do not oppose an extension but request that if an extension is granted that all other dates be reset accordingly. This case has been pending since January 2004. Plaintiff does not specify precisely what additional discovery needs to be completed but instead sets forth concerns about the voluminous document production by defendant, while also indicating that he has produced a significant number of documents. The proffered reasons for extending the discovery cut-off do not demonstrate good cause for modification of the scheduling order generally. However, in light of plaintiff's need for time to review the discovery produced to date and in order to allow for a meaningful settlement conference, plaintiff's request to continue the settlement conference will be granted.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's October 31, 2005 request to extend the discovery cut-off is denied.

3  2. The settlement conference before the Honorable Peter A. Nowinski is
4  continued to January 30, 2006 at 9:00 a.m.

5  DATED: November 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
trujillo2.den