1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK TRUJILLO,

11          Plaintiff,                      No. CIV S-04-0139 GEB KJM PS

12      vs.

13   UNITED STATES POSTAL SERVICE,

14          Defendant.                      ORDER

15   _____/

16          Plaintiff has filed a request to again extend the discovery cut-off.  Defendant has

17   filed a statement of nonopposition.  Good cause appearing, IT IS HEREBY ORDERED that the

18   discovery cut-off is extended to July 26, 2006.

19   DATED:  May 31, 2006.

20

21   _____
     UNITED STATES MAGISTRATE JUDGE

22

23

24   006
     trujillo.eot
25

26

1