IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK B. TRUJILLO, JR.,

    Plaintiff,

v.

U.S. POSTAL SERVICE,
JOHN E. POTTER, Postmaster General of United States;
JOHN FIALON, Supervisor, U.S. Postal Service;
CLINTON POWELL, Postmaster, Chico, California, Ret.,

    Defendants.

CIV S-04-0139 GEB KJM-PS

[proposed] ORDER APPROVING STIPULATION FOR EXTENSION OF LAW AND MOTION CUT-OFF DATE

The Stipulation For Extension of Law and Motion Cut-Off Date e-filed August 24, 2006, is hereby APPROVED. The law and motion cut-off date is hereby extended to October 4, 2006. Pursuant to the stipulation, defendants' dispositive motion, originally noticed for hearing on September 13, 2006, shall be re-calendared for hearing on October 4, 2006, at 10:00 a.m., in Courtroom No. 26, 501 I Street, Sacramento, California.

IT IS SO ORDERED.

DATED: 8/28/06

KIMBERLY J. MUELLER
United States Magistrate Judge

1