IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK TRUJILLO,

     Plaintiff,                            No. CIV S-04-0139 GEB KJM PS

     vs.

UNITED STATES POSTAL SERVICE,

     Defendant.                      ORDER

_____/

     Plaintiff has filed an untimely opposition. Defendant has requested the hearing be continued to allow appropriate time to file a reply. The court will accept plaintiff's late opposition and will grant defendant's request to continue the hearing.

     Accordingly, IT IS HEREBY ORDERED that:

     1. No further opposition may be filed.

     2. Hearing on defendant's motion is continued to November 29, 2006 at 10:00 a.m. in courtroom no. 26. Reply, if any, shall be filed no later than November 13, 2006.

DATED: October 25, 2006

                                        U.S. MAGISTRATE JUDGE

006
trujillo3.con