IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK TRUJILLO,

    Plaintiff,                                                 No. CIV S-04-0139 GEB KJM PS

    vs.

UNITED STATES POSTAL SERVICE, et al.

    Defendants.                                       <u>ORDER</u>

_____/

        Defendants' motion for summary judgment came on regularly for hearing November 29, 2006. Plaintiff appeared in propria persona. Bobbie Montoya appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. No later than December 1, 2006, plaintiff shall file a copy of the right to sue letter issued by the EEOC.

        2. The matter will thereafter stand submitted.

DATED: November 30, 2006.

                                                                     U.S. MAGISTRATE JUDGE

006
trujillo2.oah

1