IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK TRUJILLO,

        Plaintiff,                                     2:04-cv-0139-GEB-KJM-PS

    vs.

UNITED STATES POSTAL SERVICE, et al.,

        Defendants.                          <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 12, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The findings and recommendations filed December 12, 2006, are adopted in full;

4       2. Defendants' motion for summary judgment is granted; and

5       3. This action is dismissed.

Dated: January 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge