IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK TRUJILLO, | ) |
|       Plaintiff, | ) 2:04-cv-0139-GEB-KJM-PS |
|  vs. | ) |
| | ) ORDER |
| UNITED STATES POSTAL SERVICE, et al., | ) |
|       Defendants. | ) |

      Plaintiff's request filed February 26, 2007 is granted. Plaintiff has thirty (30) days from the date this order is filed to file an appeal in this case.

      IT IS SO ORDERED.

Dated: February 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1